**Order entered December 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01419-CV

**IN THE MATTER OF MICHAEL CHRISTOPHER GABRIEL, II AND ALISA NICOLE HILL-ARVEYO**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV15-00487-V**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellant's December 1, 2015 motion to abate appeal.

/s/     ELIZABETH LANG-MIERS
        JUSTICE